ADAM PAUL LAXALT
  Attorney General
DENNIS W. HOUGH, Bar No. 11995
  Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1254
E-mail: dhough@ag.nv.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JEROLD RYLANDS, | Case No. 3:17-cv-00426-MMD-WGC |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| STATE OF NEVADA, et al., | |
| Defendants. | |

Plaintiff Jerold Rylands, appearing pro se, and Defendants, Boardman, Parr, Byrne, Filson et al. by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Dennis W. Hough, Deputy Attorney General, hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action should be dismissed with prejudice by order of this Court.

///
///
///
///
///
///
///
///

1

This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between the parties. Pursuant to the terms of the Settlement Agreement and Full and Final Release, each party hereto shall bear its own attorneys' fees and costs.

\* \* \*

DATED this 21st day of December, 2018.

By: _____
JEROLD RYLANDS
*Plaintiff, Pro Se*

DATED this 12th day of December, 2018.

ADAM PAUL LAXALT
Attorney General

By: _____
DENNIS W. HOUGH
Deputy Attorney General
Bureau of Litigation
Public Safety Division

*Attorneys for Defendants*

**IT IS SO ORDERED.**

DATED this 7th day of January, 2019

_____
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 4th day of January, 2019, I caused to be deposited for mailing in the U.S. Mail a copy of the foregoing, **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**, to the following:

JEROLD RYLANDS #1140195
HIGH DESERT STATE PRISON
P.O. BOX 650
INDIAN SPRINGS, NV 89070

An employee of the
Office of the Attorney General